IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, UPSILON
CHAPTER AT THE UNIVERSITY
OF FLORIDA, a student organization
at the University of Florida on behalf
of itself and its individual members;
and BETA UPSILON CHI, INC.,
a Texas nonprofit corporation,

        Plaintiffs,

vs.                                        CASE NO.: 1:07-CV-135-SPM

J. BERNARD MACHEN, in his official
capacity as President of the University
of Florida; PATRICIA TELLES-IRVIN,
in her official capacity as Vice President
for Student Affairs; EDDIE DANIELS,
in his official capacity as Executive
Director of the J. Wayne Reitz Union;
CHRIS CUPOLI, in his official capacity
as the Director of Student Involvement;
and CARLOS ALFONSO, C. DAVID
BROWN, II, COURTNEY CUNNINGHAM,
ROLAND C. DANIELS, MANNY A. FERNANDEZ,
W.A. "MAC" McGRIFF, III, JOELEN MERKEL,
DIANNA FULLER MORGAN, RYAN MOSELEY,
CYNTHIA O'CONNELL, EARL W. POWELL,
ALFRED C. WARRINGTON, IV, and RICHARD
A. YOST, in their official capacities as the
members of the Board of Trustees of the
University of Florida,

        Defendants.
_____/

## ORDER PERMITTING PLAINTIFF TO FILE REPLY

**THIS CAUSE** comes before the Court upon the "Plaintiffs' Motion for Leave to File Reply in Support of Motion for Preliminary Injunction" (doc. 70). Defendants oppose the granting of the motion. Plaintiffs argue that in their response, Defendants

raise several new defenses and made factual representations that require clarification. In order to permit a complete discussion and analysis of the complicated Constitutional issues in this case, Plaintiffs would like an opportunity to respond. Defendants oppose this request. (doc. 72) If the Court grants the Plaintiffs' request however, Defendants would like leave to file a response to Plaintiffs' reply.

The Court finds good cause pursuant to Local Rule 7.1(C)(2) to permit the reply memorandum to be filed. Additionally, the Court grants Defendants the opportunity to file a response. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion for leave to file a reply memorandum (doc. 70) is hereby *granted*.

2. The clerk is directed to file the reply memorandum and affidavit (attachments 1 to doc. 70) as of the date this order is signed.

3. Defendants' response shall be filed on or before **Monday, January 22, 2007**.

4. Defendants response shall not exceed twenty-five (25) pages.

**DONE AND ORDERED** this <u>seventh</u> day of December, 2007.

　　　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　　　United States District Judge

3