IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, et al.,

        Plaintiffs,

vs.                               CASE NO.: 1:07-CV-135-SPM

J. BERNARD MACHEN, et al.,

        Defendants.
_____/

## ORDER EXTENDING TIME TO FILE RESPONSE

**THIS CAUSE** comes before the Court upon the Defendants' "Stipulated Motion for Extension of Time To File Defendants' Response to Plaintiffs' Reply Memorandum" (doc. 79), in which Defendants request a short extension for the filing of their reply memorandum. Opposing counsel does not object to the granting of the motion.

For good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion for extension of time (doc. 79) is hereby *granted*.

2. Defendants' response to the preliminary injunction shall be filed on or before **Friday, February 1, 2008**.

**DONE AND ORDERED** this twenty-fourth day of January, 2008.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge