**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

BETA UPSILON CHI, UPSILON
CHAPTER AT THE UNIVERSITY
OF FLORIDA, et al.,

        Plaintiffs,

vs.                               CASE NO.: 1:07-CV-135-SPM

J. BERNARD MACHEN, et al,

        Defendants.

_____/

## ORDER GRANTING MOTION TO AMEND REPLY

Upon consideration, "Plaintiffs' Unopposed Motion to Substitute Amended Reply in Support of Motion for Preliminary Injunction" (doc. 84) is hereby *granted*. The Clerk shall file the amended reply brief (doc. 84-2) that Plaintiffs submitted with this motion.

SO ORDERED this twenty-fifth day of February, 2008.

                           *s/ Stephan P. Mickle*
                           Stephan P. Mickle
                           United States District Judge