IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, et al,

    Plaintiff,

vs.                                        CASE NO. 1:07cv135-SPM/AK

J. BERNARD MACHEN, et al,

    Defendants.

_____/

**O R D E R**

Presently before the court is the parties' Joint Motion to Modify the Current Scheduling Order. (Doc. 89). Having considered said motion, the court is of the opinion that it should be **GRANTED**, and the following new deadlines adopted:

    Discovery: **April 7, 2008**

    Supplemental Discovery Responses: **April 14, 2008**

    Dispositive Motions: **May 2, 2008**

    Responses to Dispositive Motions: **May 16, 2008**

All other deadlines shall remain as fixed, including the trial date of July 7, 2008.

**DONE AND ORDERED** this __**28**th__ day of February, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**