IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, et al.,

      Plaintiffs,

vs.                                    CASE NO.: 1:07-CV-135-SPM

J. BERNARD MACHEN, et al.,

      Defendants.
_____/

## ORDER SCHEDULING ORAL ARGUMENT

THIS CAUSE comes before the Court by "Plaintiffs' Request for Oral Argument". (doc. 53)  Having examined the complaint, the motion for preliminary injunction, and the supporting affidavits, the Court finds that oral argument would be beneficial in this case.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's motion for oral argument (doc. 53) is *granted*.

2.     Oral argument is scheduled for **Wednesday, March 12, 2008** at **10:00 am** at the United States Courthouse, Gainesville, Florida.

3.     Forty-five (45) minutes have been allotted for each side to present argument.

**DONE AND ORDERED** this third day of March, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge