IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| BETA UPSILON CHI, UPSILON CHAPTER AT THE UNIVERSITY OF FLORIDA, a student organization at the University of Florida on behalf of itself and its individual members; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>J. BERNARD MACHEN, in his official capacity as President of the University of Florida; *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 1:07-CV-135-SPM |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW Plaintiffs Beta Upsilon Chi, Upsilon Chapter at the University of Florida and Beta Upsilon Chi, Inc. and, pursuant to Fed. R. Civ. P. 56 and N.D. Fla. Loc. R. 56.1, hereby move this Court for an order granting Plaintiffs summary judgment as to all claims. Plaintiffs show that there are no genuine issues of material fact and Plaintiffs are entitled to judgment as a matter of law. In support of their motion, Plaintiffs rely upon:

1. Plaintiffs' Second Amended Verified Complaint for Declaratory and Injunctive Relief and all exhibits, all declarations and attached exhibits, deposition testimony, discovery responses, and any further evidence that may be presented to the Court;

2. Plaintiffs' Statement of Fact as to Which There are No Genuine Issues accompanying this motion; and

3. Plaintiffs' Memorandum in Support of Motion for Summary Judgment accompanying this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs summary judgment as to all claims and grant such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted this 30th day of May, 2008.

        s/ Timothy J. Tracey
Timothy J. Tracey (GA Bar No. 715195)
Isaac J. Fong (CA Bar No. 250242)
CENTER FOR LAW
  & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 300
Springfield, VA  22151-2110
Tel: (703) 642-1070
Fax: (703) 642-1075

Roger K. Gannam (Fla. Bar No. 240450)
LINDELL FARSON & PINCKET, P.A.
12276 San Jose Boulevard, Suite 126
Jacksonville, FL  32223
Tel: (904) 880-4000
Fax: (904) 880-4013

OF COUNSEL:

Benjamin W. Bull. (AZ Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (800) 835-5233
Fax: (480) 444-0028

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that the foregoing PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT was electronically filed through the district court's ECF system and, pursuant to Local Rule 5.1(A)(6), was thereby served by Notice of Electronic Filing upon the following:

H. Christopher Bartolomucci
HOGAN & HARTSON LLP
555 13th Street NW
Washington, DC  20004-1109
hbartolomucci@hhlaw.com

Jake Marvin Shields
HOGAN & HARTSON LLP
555 13th Street NW
Washington, DC  20004-1109
jmshields@hhlaw.com

This 30th day of May, 2008.

    s/ Timothy J. Tracey
Timothy J. Tracey
CENTER FOR LAW
  & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 300
Springfield, VA 22151-2110
(703) 642-1070