IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| BETA UPSILON CHI, UPSILON CHAPTER AT THE UNIVERSITY OF FLORIDA, a student organization at the University of Florida on behalf of itself and its individual members; and BETA UPSILON CHI, INC., a Texas nonprofit corporation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:07-CV-135-SPM |
| J. BERNARD MACHEN, in his official capacity as President of the University of Florida; PATRICIA TELLES-IRVIN, in her official capacity as Vice President for Student Affairs; EDDIE DANIELS, JR., in his official capacity as Executive Director of the J. Wayne Reitz Union; CHRIS BULLINS, in his official capacity as the Acting Director of Student Involvement; and CARLOS ALFONSO, C. DAVID BROWN, II, COURTNEY CUNNINGHAM, ROLAND C. DANIELS, MANNY A. FERNANDEZ, W.A. "MAC" McGRIFF, III, JOELEN MERKEL, DIANNA FULLER MORGAN, RYAN MOSELEY, CYNTHIA O'CONNELL, EARL W. POWELL, ALFRED C. WARRINGTON, IV, and RICHARD A. YOST, in their official capacities as the members of the Board of Trustees of the University of Florida, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Beta Upsilon Chi, Upsilon Chapter at the

University of Florida and Beta Upsilon Chi, Inc., plaintiffs in the above named case,

hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the

Order Denying Motion for Preliminary Injunction entered in this action on the 29th day

of May, 2008.

Respectfully submitted this 6th day of June, 2008.

<div style="margin-left: 50%;">

s/ Timothy J. Tracey

Timothy J. Tracey (GA Bar No. 715195)
Isaac J. Fong (CA Bar No. 250242)
CENTER FOR LAW & RELIGIOUS
FREEDOM
8001 Braddock Road, Suite 300
Springfield, VA  22151-2110
Tel: (703) 642-1070
Fax: (703) 642-1075

Roger K. Gannam (Fla. Bar No. 240450)
LINDELL FARSON & PINCKET, P.A.
12276 San Jose Boulevard, Suite 126
Jacksonville, FL  32223
Tel: (904) 880-4000
Fax: (904) 880-4013

OF COUNSEL:

Benjamin W. Bull. (AZ Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (800) 835-5233
Fax: (480) 444-0028

Attorneys for Plaintiffs

</div>

1

CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF APPEAL was electronically filed

through the district court's ECF system and, pursuant to N.D. Fla. Loc. R. 5.1(A)(6), was

thereby served by Notice of Electronic Filing upon the following:

H. Christopher Bartolomucci
HOGAN & HARTSON LLP
555 13th Street NW
Washington, DC  20004-1109
hbartolomucci@hhlaw.com

Jake Marvin Shields
HOGAN & HARTSON LLP
555 13th Street NW
Washington, DC  20004-1109
jmshields@hhlaw.com

This 6th day of June, 2008.

                                    s/ Timothy J. Tracey
                               Timothy J. Tracey
                               CENTER FOR LAW
                                 & RELIGIOUS FREEDOM
                               8001 Braddock Road, Suite 300
                               Springfield, VA 22151-2110
                               (703) 642-1070