IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| BETA UPSILON CHI, UPSILON CHAPTER AT THE UNIVERSITY OF FLORIDA, a student organization at the University of Florida on behalf of itself and its individual members; *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> J. BERNARD MACHEN, in his official capacity as President of the University of Florida; *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 1:07-CV-135-SPM |

<u>PLAINTIFFS' EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL</u>

COME NOW Plaintiffs Beta Upsilon Chi, Upsilon Chapter at the University of Florida and Beta Upsilon Chi, Inc. and, pursuant to Fed. R. Civ. P. 62(c), Fed. R. App. P. 8(a)(1)(C), and N.D. Fla. Loc. R. 7.1, hereby move this Court for entry of an injunction pending appeal. Plaintiffs request the following emergency relief in the injunction pending appeal:

(1) Enjoin Defendants, their employees, officers, and agents, and all persons acting by and through them from enforcing their Constitution Guidelines and other university policies to preclude BYX from requiring that officers and members agree with the group's religious beliefs during the pendency of Plaintiffs' appeal from the Court's Order Denying Motion for Preliminary Injunction;

(2) Enjoin Defendants, their employees, officers, and agents, and all persons acting by and through them from denying to BYX the status, rights, and privileges of a Registered Student Organization recognized by the University during the pendency of Plaintiffs' appeal from the Court's Order Denying Motion for Preliminary Injunction; and

(3) Enjoin Defendants, their employees, officers, and agents, and all persons acting by and through them from retaliating against BYX and its members directly or indirectly for exercising their constitutional rights during the pendency of Plaintiffs' appeal from the Court's Order Denying Motion for Preliminary Injunction.

This motion is based upon Fed. R. Civ. P. 62(c), Fed. R. App. P. 8(a)(1)(C), the First Declaration of Jason Hoyt, the First Declaration of Timothy J. Tracey, the First and Second Declarations of Ryan Peterman, the Second Amended Verified Complaint for Declaratory and Injunctive Relief, and the supporting brief. Counsel for Plaintiffs certifies pursuant to N.D. Fla. Loc. R. 7.1(B) that he has conferred with Counsel for Defendants in a good faith effort to resolve the issues raised in this motion but was unsuccessful in doing so.

Because of the ongoing violation of BYX's constitutional rights and the fast approaching start of the 2008-2009 academic year, this is an emergency motion that BYX seeks to expedite under N.D. Fla. Loc. R. 7.1(E).

Respectfully submitted this 6th day of June, 2008.

        s/ Timothy J. Tracey
Timothy J. Tracey (GA Bar No. 715195)
Isaac J. Fong (CA Bar No. 250242)
CENTER FOR LAW & RELIGIOUS FREEDOM
8001 Braddock Road, Suite 300
Springfield, VA  22151-2110
Tel: (703) 642-1070
Fax: (703) 642-1075

Roger K. Gannam (Fla. Bar No. 240450)
LINDELL FARSON & PINCKET, P.A.
12276 San Jose Boulevard, Suite 126
Jacksonville, FL  32223
Tel: (904) 880-4000
Fax: (904) 880-4013

O<small>F</small> C<small>OUNSEL</small>:

Benjamin W. Bull. (AZ Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 N. 90th Street
Scottsdale, Arizona 85260
Tel: (800) 835-5233
Fax: (480) 444-0028

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

     I hereby certify that the foregoing PLAINTIFFS' EMERGENCY MOTION FOR INJUNCTION PENDING APPEAL was electronically filed through the district court's ECF system and, pursuant to N.D. Fla. Loc. R. 5.1(A)(6), was thereby served by Notice of Electronic Filing upon the following:

    H. Christopher Bartolomucci
    HOGAN & HARTSON LLP
    555 13th Street NW
    Washington, DC  20004-1109
    hbartolomucci@hhlaw.com

    Jake Marvin Shields
    HOGAN & HARTSON LLP
    555 13th Street NW
    Washington, DC  20004-1109
    jmshields@hhlaw.com

    This 6th day of June, 2008.

                                      s/ Timothy J. Tracey
                                      Timothy J. Tracey
                                      CENTER FOR LAW
                                        & RELIGIOUS FREEDOM
                                      8001 Braddock Road, Suite 300
                                      Springfield, VA 22151-2110
                                      (703) 642-1070