IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, UPSILON
CHAPTER AT THE UNIVERSITY
OF FLORIDA, a student organization
at the University of Florida on behalf
of itself and its individual members;
et al.,

        Plaintiffs,

vs.                                      CASE NO.: 1:07-CV-135-SPM

J. BERNARD MACHEN, in his official
capacity as President of the University
of Florida, et al.,

        Defendants.
_____/

## ORDER EXCUSING PARTIES FROM MEDIATION

Pending before the Court is the "Joint Motion to be Excused From Mediation" (doc. 100). For good cause shown, it is

ORDERED AND ADJUDGED that the motion is *granted*. The parties are excused from the mediation until further order from the Court.

DONE AND ORDERED this seventeenth day of June, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge