IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BETA UPSILON CHI, UPSILON
CHAPTER AT THE UNIVERSITY
OF FLORIDA, et al.,

        Plaintiffs,

vs.                                 CASE NO.: 1:07-CV-135-SPM

J. BERNARD MACHEN, et al,

        Defendants.
_____/

## ORDER DENYING MOTION FOR INJUNCTION PENDING APPEAL

THIS CAUSE comes upon the court on "Plaintiffs' Emergency Motion for Injunction Pending Appeal" and accompanying memorandum of law (docs. 116 and 117) and Defendants' response in opposition (doc. 136). For the following reasons, the motion for injunction will be denied.

A court may "suspend, modify, restore, or grant an injunction during the pendency of [an] appeal." Fed. R. Civ. P. 62(c). The decision involves equitable considerations, including (1) whether the movant has demonstrated a likelihood it will prevail on appeal; (2) whether the movant will suffer irreparable harm absent the injunction; (3) whether another interested party will suffer substantial injury if the injunction is issued; and (4) the effect of the injunction on the public interest.

Hilton v. Braunskill, 481 U.S. 770, 776 (1987).  Balanced against all of the equitable factors, Plaintiffs have not demonstrated that an inunction is warranted.

For reasons spelled out in the Order Denying Motion for Preliminary Injunction (doc. 104), the injunction is not warranted.  There is no substantial likelihood that the actions of the Defendants have violated federal law.  Enjoining enforcement of the Defendants' non-discrimination policy as applied to Plaintiffs is not consistent with the public interest in protecting all students from religious discrimination.  Because the beginning of the school year is months away, Plaintiffs will suffer no irreparable harm if this motion for injunction is denied.

Based on the foregoing, it is

ORDERED AND ADJUDGED that Plaintiffs' motion for injunction pending appeal (doc. 116) is ***denied***.

DONE AND ORDERED this twenty-third day of June, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge