# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

BETA UPSILON CHI UPSILON
CHAPTER AT THE UNIVERSITY OF
FLORIDA, et al

    VS                                  CASE NO.  1:07-cv-00135-SPM-AK
                                              USCA NO.  08-13332-E

J BERNARD MACHEN, et al


## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c) the Clerk of the District Court for the Northern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

Pleadings Numbered: 1 through 146

Transcript Numbered: 139


                                                WILLIAM M. McCOOL, CLERK OF COURT

 July 8, 2008                     s/ KELLI MALU
DATE:                                  Deputy Clerk: Kelli Malu


Entered On Docket: _____  By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.