IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, UPSILON
CHAPTER AT THE UNIVERSITY
OF FLORIDA, et al.,

    Plaintiffs,

vs.                                      CASE NO.: 1:07-CV-135-SPM

J. BERNARD MACHEN, et al,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

Upon consideration, the parties' "Joint Motion to Continue Trial" (doc. 145) is ***granted***. The trial is reset for 8:30 a.m. on **August 3, 2009**, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this <u>fourteenth</u> day of July, 2008.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge