**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 1 0 2008

THOMAS K. KAHN
CLERK

BETA UPSILON CHI UPSILON
CHAPTER AT THE UNIVERSITY OF
FLORIDA, et al

VS

J BERNARD MACHEN, et al

COURT OF APPEALS
RECEIVED
CLERK
JUL 1 0 2008
ATLANTA, GA.

CASE NO.  1:07-cv-00135-SPM-AK
USCA NO.  08-13332-E

**CERTIFICATE OF READINESS OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c) the Clerk of the District Court for the Northern

District of Florida hereby certifies that, as shown on the enclosed index, the record is

complete for purposes of this appeal.  The record (including the transcript or parts

thereof designated for inclusion and all necessary exhibits) consists of:

Pleadings Numbered: 1 through 146

Transcript Numbered: 139

WILLIAM M. McCOOL, CLERK OF COURT

July 8, 2008
DATE:

s/ KELLI MALU
Deputy Clerk: Kelli Malu

Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

OFFICE U. CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA

2008 JUL 17  AM 9: 45

FILED

Document No.