UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, et al.,

    Plaintiffs,

v.                                    CASE NO.: 1:07-CV-135-SPM/GRJ

J. BERNARD MACHEN, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on the Plaintiffs' Motion for Prevailing Party Attorney Fees (doc. 245). For the reasons expressed in the Court's prior Order (doc. 254) denying Plaintiffs' Motion to Reconsider Taxation of Costs (doc. 247), the Motion (doc. 245) is DENIED as to work performed in this Court. However, pursuant to the Order of the United States Court of Appeals for the Eleventh Circuit (doc. 235), Plaintiffs are entitled to attorney's fees for work performed in the Court of Appeals on the motion for injunction pending appeal. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The Parties are directed to confer within fourteen days regarding a reasonable amount of attorney's fees to be awarded to Plaintiffs for work performed on the motion for injunction pending appeal.

    2.    On or before March 28, 2011, Plaintiffs shall file a Motion for an amount of attorney's fees for work performed in the Court of Appeals on the motion for injunction pending appeal, to which the Defendants shall have fourteen

days to respond if there is any opposition.

SO ORDERED this <u>fourth</u> day of March, 2011.

*<u>s/ Stephan P. Mickle</u>*
Stephan P. Mickle
Chief United States District Judge
