UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, et al.,

    Plaintiffs,

v.                                             CASE NO.: 1:07-CV-135-SPM/GRJ

J. BERNARD MACHEN, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon Order of the United States Court of Appeals for the Eleventh Circuit (doc. 288). Pursuant to that Order, Plaintiffs are entitled to a reasonable attorney's fee as the prevailing party under 42 U.S.C. § 1988. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Parties are directed to confer within fourteen days regarding a reasonable amount of attorney's fees to be awarded to Plaintiffs for work performed on this case in the District Court.

2. On or before February 1, 2012, Plaintiffs shall file a Motion for an amount of attorney's fees for work performed in the District Court, to which the Defendants shall have fourteen days to respond if there is any opposition.

SO ORDERED this 3rd day of January, 2012.

                                                      *S/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      Senior United States District Judge