UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, et al.,

    Plaintiffs,

v.                                             CASE NO.: 1:07-CV-135-SPM/GRJ

J. BERNARD MACHEN, et al.,

    Defendants.

_____/

## ORDER

Upon consideration of Plaintiffs' motion for leave to file a reply to Defendant's opposition to Plaintiffs' motion for attorney's fees, it is ORDERED and ADJUDGED that the motion (doc. 305) is granted.

SO ORDERED this 8th day of March, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge