**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

BETA UPSILON CHI, et al.,

      Plaintiffs,

v.                                                  CASE NO.: 1:07-CV-135-SPM/GRJ

J. BERNARD MACHEN, et al.,

      Defendants.

_____/

## ORDER

      Upon consideration, Plaintiffs' Notice of Application to Have the Costs

Taxed (doc. 296) in the amount of $752.15 is **granted**.

      SO ORDERED this 30th day of July, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge