IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BETA UPSILON CHI, UPSILON
CHAPTER AT THE UNIVERSITY
OF FLORIDA et al.,

    Plaintiffs,

v.                                CASE NO.: 1:07cv135-SPM/GRJ

J. BERNARD MACHEN et al.,

    Defendants.

_____/

## O R D E R

This cause comes before the court upon the Plaintiffs' Agreed Motion for Extension of Time to File Motion Regarding Appellate Attorney's Fees. (Doc. 343). The parties need additional time to complete their discussions. Upon consideration, the motion is GRANTED. The Plaintiffs shall file a motion setting forth the amount agreed upon by the Parties no later than January 4, 2013.

**DONE AND ORDERED** this 28th day of December, 2013.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**