**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

BETA UPSILON CHI, UPSILON
CHAPTER AT THE UNIVERSITY
OF FLORIDA, et al.,

    Plaintiffs,

v.                                       CASE NO.: 1:07cv135-SPM/GRJ

J. BERNARD MACHEN, et al.,

    Defendants.
_____/

**O R D E R**

This cause is before the court upon the Plaintiffs' Notice Regarding Appellate Attorney's Fees (doc. 345), which is construed as a motion for extension of time to file a motion for reasonable appellate attorney's fees. Also pending is Plaintiffs' Third Agreed Motion for Order Awarding Reasonable Attorney's Fees. (Doc. 346).

The Eleventh Circuit Court of Appeals determined that plaintiffs were entitled to appellate attorney's fees and non-taxable expenses. (Doc. 304). This court ordered the parties to confer and determine a reasonable amount for attorney's fees. (Doc. 339). The parties have agreed to a reasonable attorney fee award of $22,000.00 for the work performed in the fee entitlement appeal.

Accordingly, it is hereby ORDERED:

1.    The motion for extension of time to file a motion for reasonable appellate attorney's fees (doc. 345) is GRANTED.

2.    The motion for order awarding reasonable attorney's fees (doc. 346) is GRANTED. Defendants shall pay plaintiffs $22,000 for reasonable attorney's fees in the fee entitlement appeal.

**SO ORDERED** this 15th day of January, 2013.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**