<u>**EXHIBIT A**</u>

<u>**SUMMARY OF INVOICES PROVIDED BY DEFENDANTS' COUNSEL**</u>

***Beta Upsilon Chi v. Machen***
**U.S. District Court for the Northern District of Florida**
**No. 1:07-cv-00135-SPM**

Pursuant to the Court's order dated September 26th, 2013 (Dkt. No. 368), Defendants served the attached invoices on Plaintiffs on November 25, 2013. For the convenience of the court, the table below summarizes the information.

| Invoice Description | Hours | Amount from Hours | After 15% Discount | Other Charges | Total Charged |
|---|---|---|---|---|---|
| 11/30/2007 Invoice No. 1665657 | 81.4 | $33,908.00 | $28,821.80 | $337.49 | $29159.26 |
| 12/31/2007 Invoice No. 1672305 | 59.60 | $33046.00 | $28089.10 | $403.90 | $28493.00 |
| 1/31/2008 Invoice No. 1680692 | 1.0 | $579.00 | $492.15 | $0 | $492.15 |
| 2/29/2008 Invoice No. 1687071 | 31.0 | $19942.00 | $16950.70 | $0 | $16950.70 |
| 3/31/2008 Invoice No. 1694461 | 35.30 | $18299.00 | $15554.15 | $75.03 | $15629.18 |
| 4/30/2008 Invoice No. 1700588 | 46.70 | $13808.00 | $11736.80 | $918.18 | $12654.98 |
| 5/30/2008 Invoice No. 1708365 | 64.1 | $35857.50 | $30478.87 | $227.08 | $30705.95 |
| 6/30/2008 Invoice No. 1721425 | 73.0 | $46329.50 | $39380.07 | $2604.14 | $41984.21 |

| Invoice Description | Hours | Amount from Hours | After 15% Discount | Other Charges | Total Charged |
|---|---|---|---|---|---|
| 7/31/2008 Invoice No. 1723535 | 52.2 | $33930.00 | $28840.50 | $2888.20 | $31728.70 |
| 8/29/2008 Invoice No. 1730684 | 9.40 | $6,110.00 | $5,193.50 | $201.48 | $5,394.98 |
| 9/30/2008 Invoice No. 1738438 | 24.9 | $16,185.00 | $13,757.25 | $50.48 | $13,807.73 |
| 10/31/2008 Invoice No. 1744648 | 27.10 | $17,615.00 | $14,972.75 | $259.96 | $15,232.71 |
| 11/28/2008 Invoice No. 1752639 | 1.6 | $1,040.00 | $884 | $21.88 | $905.88 |
| 12/31/2008 Invoice No. 1757508 | 1.5 | $975.00 | $828.75 | $59 | $887.75 |
| 1/30/2009 Invoice No. 1766083 | 33.7 | $18,004.00 | $15,808.40 | $854.68 | $10,947.58[1] |
| 2/27/2009 Invoice No. 1771025 | 16.0 | $10,800.00[2] | $9,180.00 | $37.38 | $9,217.38 |
| 3/31/2009 Invoice No. 1778709 | 7.1 | $4,792.50 | $4,073.62 | $51.05 | $4,124.67 |
| 3/31/2010 Invoice No. 1855665 | 52.90 | $35,707.50 | $30,351.37 | $50.78 | $20,050.78[3] |

[1] According to a handwritten note on the invoice, a credit of $5,210.50 was retro-actively applied on October 21, 2009 and the amount of $16,158.08 was removed and replaced with a new total of $10,947.58.

[2] This invoice reflects an increase in Mr. Bartolomucci's rate from **$650.00** per hour to **$675.00** per hour.

[3] According to a handwritten note on the invoice, the discounted amount was revised from $5,356.13 to $15,707.50 and the total charge revised from $30,402.15 to $20,050.78 per an email dated May 21, 2010.

| Invoice Description | Hours | Amount from Hours | After 15% Discount | Other Charges | Total Charged |
|---|---|---|---|---|---|
| 11/30/2010 Invoice No. 1940966 | 7.10 | $4,970.00[4] | $4,224.50 | $0 | $4,224.50 |
| 12/29/2010 Invoice No. 1946389 | 22.60 | $15,820.00 | $13,447.00 | $0 | $13,447.00 |
| 4/11/2011[5] | -- | -- | -- | -- | $600.00 |
| 9/15/2011[6] Invoice No. 10053 | -- | -- | -- | -- | $10,000.00 |
| 5/7/2012[7] Invoice No. 10322 | -- | -- | -- | -- | $20,000.00 |
| 6/3/2013[8] Invoice No. 10677 | -- | -- | -- | -- | $20,000.00 |
| | | | | **TOTAL** | $356,639.09 |

[4] This invoice reflects an increase in Mr. Bartolomucci's rate from **$675.00** per hour to **$700.00** per hour.
[5] Noncompliant with this Court's order, this record presents no description of time and task. It is instead merely a letter invoice requesting payment with a total of $600.00.
[6] Noncompliant with this Court's order, Invoice #10053 does not provide detailed time records for services rendered.
[7] Noncompliant with this Court's order, Invoice #10322 does not provide detailed time records for services rendered and covers a billing period from 12/6/2011 to 3/6/2011.
[8] Noncompliant with this Court's order, Invoice #10677 does not provide detailed time records for services rendered and covers a billing period from 8/1/2012 to 1/31/2013.

JAN.25.2008  10:35AM   PROVOST'S OFFICE                    NO.520  P.8/16

V.  01757398

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1665657                    Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire             November 30, 2007
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

**BETA UPSILON CHI**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $28,821.80 |
| Other Charges | $337.46 |
| **Total Current Invoice** | **$29,159.26** |

APPROVED FOR PAYMENT

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000006689365, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

JAN.25.2008 10:35AM PROVOST'S OFFICE

NO.520 P.9/16


V. 01757398

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1665657

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

November 30, 2007

For Professional Services Rendered Through October 31, 2007

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/2/07 | C. Bartolomucci | 2.00 | Research case law involving claims similar to BYX's claims against UF |
| 10/4/07 | C. Bartolomucci | 2.50 | Review and analyze case law involving claims similar to BYX's claims against UF |
| 10/5/07 | C. Bartolomucci | 1.00 | Telephone conference with P. Telles-Irvin, J. Keith and A. Hass regarding BYX's claims |
| 10/9/07 | C. Bartolomucci | 2.00 | Review BYX's second amended complaint; telephone conference with A. Hass regarding allegations in same |
| 10/11/07 | M. Cheskin | 0.50 | Prepare conflict waiver letter for the individual defendants to best protect the University of Florida's interests |
| 10/15/07 | C. Bartolomucci | 2.50 | Meeting with J. Shields regarding case strategy; draft answer to second amended complaint |
| 10/15/07 | J. Shields | 6.50 | Review case law addressing First Amendment questions regarding application of nondiscrimination policy in school setting; review general school First Amendment cases; review second amended complaint; meeting with H. Bartolomucci regarding case law and case strategy |
| 10/16/07 | J. Shields | 5.50 | Draft answer; telephone conference with B. Lerner regarding procedures in Northern District of Florida; prepare admissions applications |

**BETA UPSILON CHI**                                    November 30, 2007
Invoice No. 1665557                                            Page 2

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 10/18/07 | M. Cheskin | 0.80 | Review BYX's motion and supporting memorandum of law in support of motion for preliminary injunction and follow-up to same |
| 10/18/07 | J. Shields | 4.00 | Review motion for preliminary injunction; research case law on First Amendment in a school setting; meeting with H. Bartolomucci and client regarding motion and case strategy |
| 10/21/07 | C. Bartolomucci | 4.00 | Revise UF's answer; review plaintiffs' motion for preliminary injunction and supporting affidavits |
| 10/22/07 | J. Shields | 7.00 | Draft opposition to motion for preliminary injunction; review case law governing First Amendment issues in a school setting |
| 10/23/07 | C. Bartolomucci | 1.50 | Revise UF's answer |
| 10/23/07 | J. Shields | 6.50 | Revise answer; draft opposition to motion for preliminary injunction; review case law governing First Amendment issues in a school setting; draft notices of appearance; file J. Shields notice of appearance |
| 10/24/07 | M. Cheskin | 0.50 | Revise UF's answer and defenses to plaintiff's complaint |
| 10/24/07 | J. Shields | 7.00 | Revise answer and prepare answer for filing; meeting with H. Bartolomucci regarding same; draft opposition to motion for summary judgment; file H. Bartolomucci notice of appearance |
| 10/25/07 | J. Shields | 5.50 | Draft motion for extension of time to file opposition to motion for preliminary injunction; draft opposition to motion for preliminary injunction; review case law governing First Amendment issues in a school setting |
| 10/26/07 | J. Shields | 0.80 | Revise motion for extension of time; file same |
| 10/29/07 | J. Shields | 8.00 | Draft opposition to preliminary injunction |
| 10/30/07 | J. Shields | 7.00 | Draft opposition to preliminary injunction |
| 10/31/07 | J. Shields | 6.30 | Draft opposition to preliminary injunction |

**Professional Services**                                        $33,908.00

Less 15% Fee Discount                                           ($5,086.20)

**Total for Professional Services**                             $28,821.80

Other Charges

|   |   |
|---|---|
| Photocopy | 64.00 |
| Computer Research | 273.46 |

**Total for Other Charges**                                      $337.46

**TOTAL CURRENT INVOICE**                                      $29,159.26

eClient Document Viewer

BETA UPSILON CHI
Invoice No. 1665657


### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $600.00 | 15.50 | $9,300.00 |
| M. Cheskin | $495.00 | 1.80 | $891.00 |
| J. Shields | $370.00 | 64.10 | $23,717.00 |
| Total All Timekeepers | | 81.40 | $33,908.00 |

v. 01757412

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1672305

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

December 31, 2007

**BETA UPSILON CHI**

## * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $28,089.10 |
| Other Charges | $403.90 |
| **Total Current Invoice** | **$28,493.00** |

APPROVED FOR PAYMENT

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000010666066, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

NO.520 P.14/16

v. 0145 7412 

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1672305

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

December 31, 2007

For Professional Services Rendered Through November 30, 2007

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/1/07 | S. Shea | 6.50 | Research subsequent legal history of cases; review and confirm citations in brief |
| 11/5/07 | C. Bartolomucci | 1.50 | Telephone conference with J. Keith and S. Rudenstine regarding UF's opposition to preliminary injunction motion; prepare same |
| 11/6/07 | C. Bartolomucci | 6.00 | Prepare UF's opposition to BYX's preliminary injunction motion |
| 11/7/07 | C. Bartolomucci | 7.50 | Prepare UF's opposition to BYX's preliminary injunction motion |
| 11/8/07 | C. Bartolomucci | 8.30 | Prepare UF's opposition to BYX's preliminary injunction motion |
| 11/9/07 | C. Bartolomucci | 5.00 | Prepare UF's opposition to BYX's preliminary injunction motion; review initial scheduling order; prepare UF's statement regarding oral argument |
| 11/12/07 | C. Bartolomucci | 3.00 | Revise UF's opposition to BYX's preliminary injunction motion; telephone conference with S. Rudenstine regarding same |
| 11/13/07 | C. Bartolomucci | 5.50 | Revise UF's opposition to BYX's preliminary injunction motion; telephone conferences with S. Rudenstine regarding same |

eClient Document Viewer

BETA UPSILON CHI                                     December 31, 2007
Invoice No. 1672305                                              Page 2

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/14/07 | C. Bartolomucci | 7.50 | Revise and finalize UF's opposition to BYX's preliminary injunction motion; telephone conferences with J. Keith and S. Rudenstine regarding same |
| 11/14/07 | P. Werner | 0.30 | Electronically file opposition to preliminary injunction motion |
| 11/19/07 | C. Bartolomucci | 1.00 | E-mail J. Keith, S. Rudenstine and B. Wingo regarding initial scheduling order; e-mail J. Keith, S. Rudenstine and B. Wingo regarding plaintiffs' time records; e-mail to J. Keith, S. Rudenstine and B. Wingo regarding attorney fees; review plaintiffs' motion for leave to reply to UF's opposition to plaintiffs' motion for preliminary injunction; review plaintiffs' proposed reply brief; review second Peterman declaration; e-mail J. Keith, S. Rudenstine and B. Wingo regarding plaintiffs' motion for leave |
| 11/19/07 | M. Cheskin | 0.20 | Review the court's scheduling order; research regarding attorneys' fees issue in light of same |
| 11/20/07 | C. Bartolomucci | 5.50 | Prepare UF's opposition to plaintiffs' motion for leave to reply in support of preliminary injunction motion; telephone conference with S. Rudenstine regarding same |
| 11/28/07 | C. Bartolomucci | 1.00 | Review and revise draft joint report; send revisions regarding same to J. Keith and S. Rudenstine |
| 11/28/07 | M. Cheskin | 0.30 | Revise and draft portions of the joint report of the parties' as required by the court's order |
| 11/29/07 | C. Bartolomucci | 0.50 | Telephone conference with J. Keith and S. Rudenstine regarding draft joint report and scheduled conference with opposing counsel; telephone conference with T. Tracey regarding draft joint report; e-mail J. Keith and S. Rudenstine regarding outcome of conference with T. Tracey |

| | | |
|---|---|---|
| Professional Services | | $33,046.00 |
| Less 15% Fee Discount | | ($4,956.90) |
| **Total for Professional Services** | | $28,089.10 |

Other Charges

| | | |
|---|---|---|
| Photocopy | 8.00 | |
| Computer Research | 377.15 | |
| Word Processing | 18.75 | |
| **Total for Other Charges** | | $403.90 |
| **TOTAL CURRENT INVOICE** | | $28,493.00 |

**BETA UPSILON CHI**
Invoice No. 1672305

December 31, 2007
Page 3

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| S. Shea | $200.00 | 6.50 | $1,300.00 |
| C. Bartolomucci | $600.00 | 52.30 | $31,380.00 |
| M. Cheskin | $495.00 | 0.50 | $247.50 |
| P. Werner | $395.00 | 0.30 | $118.50 |
| Total All Timekeepers | | 59.60 | $33,046.00 |

Jul. 30. 2008 9:59AM Ver UF Office of the Provost     No. 1213 OSP. 3/20

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1680692                     Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire              January 31, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

**BETA UPSILON CHI**

### * * * SUMMARY OF CURRENT INVOICE * * *

Total Professional Services          $492.15

**Total Current Invoice**            $492.15

APPROVED FOR PAYMENT

6/28/08

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P – OPERATING ACCOUNT
ACCOUNT# 2000016880096, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE, PNBPUS33

Jul. 30. 2008 10:00AM encor copy UF Office of the Provost    ✓ No. 1213 ⊃ P. 4



# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1680692                    Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire             January 31, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

For Professional Services Rendered Through December 31, 2007

**BETA UPSILON CHI**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/11/07 | C. Bartolomucci | 0.80 | Draft section of joint report regarding UF's statement of facts, claims, and defenses |
| 12/17/07 | M. Cheskin | 0.20 | Review Y/X's initial disclosures and follow-up to same |

| | |
|---|---|
| **Professional Services** | $579.00 |
| Less 15% Fee Discount | ($86.85) |
| **Total for Professional Services** | $492.15 |
| **TOTAL CURRENT INVOICE** | $492.15 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|-----------|------|-------|--------|
| C. Bartolomucci | $600.00 | 0.80 | $480.00 |
| M. Cheskin | $495.00 | 0.20 | $99.00 |
| Total All Timekeepers | | 1.00 | $579.00 |

Jul. 30. 2008 10:00AM ✓ᶜUF Office of the Provost ✓No. 1213ʒ ⎰P. 5.0
ı 7

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1687071

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

February 29, 2008

A⌐           ⌐.AYMENT

S⌐⌐⌐          ⌐⌐⌐⌐
⌐⌐           6/28/08

**BETA UPSILON CHI**

## * * * SUMMARY OF CURRENT INVOICE * * *

Total Professional Services            $16,950.70

**Total Current Invoice**            **$16,950.70**

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000010666096, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1687071                         Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire                  February 29, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

For Professional Services Rendered Through January 31, 2008

**BETA UPSILON CHI**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 1/10/08 | C. Bartolomucci | 0.30 | Prepare litigation update; send same to J. Keith, B. Wingo, A. Hass and S. Rudenstine |
| 1/11/08 | M. Cheskin | 0.20 | Review Rule 26(a)(2) disclosures from Beta Upsilon Chi; review new scheduling order and memoranda relating to same |
| 1/14/08 | J. Shields | 0.80 | Review motion for extension of time; file motion |
| 1/18/08 | C. Bartolomucci | 2.70 | Telephone conference with J. Keith, S. Rudenstine, E. Daniels and C. Bullins regarding plaintiffs' interrogatories and document requests and court-ordered mediation |
| 1/24/08 | C. Bartolomucci | 2.50 | Prepare UF's response brief opposing plaintiffs' preliminary injunction motion |
| 1/26/08 | C. Bartolomucci | 3.50 | Prepare UF's response brief opposing plaintiffs' preliminary injunction motion |
| 1/28/08 | C. Bartolomucci | 8.00 | Prepare UF's response brief opposing plaintiffs' preliminary injunction motion |
| 1/29/08 | C. Bartolomucci | 9.00 | Prepare UF's response brief opposing plaintiffs' preliminary injunction motion |
| 1/31/08 | C. Bartolomucci | 4.00 | Revise UF's response brief opposing plaintiffs' preliminary injunction motion |

**Professional Services**                                           $19,942.00

Jul. 30. 2008 10:01AM    UF Office of the Provost                          No. 1213  COP.  7020

BETA UPSILON CHI                                                          February 29, 2008
Invoice No. 1687071                                                                    Page 2

Less 15% Fee Discount                                                                ($2,991.30)

**Total for Professional Services**                                                  $16,950.70

**TOTAL CURRENT INVOICE**                                                            $16,950.70

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 30.00 | $19,500.00 |
| M. Cheskin | $530.00 | 0.20 | $106.00 |
| J. Shields | $420.00 | 0.80 | $336.00 |
| Total All Timekeepers | | 31.00 | $19,942.00 |

Jul. 30. 2008 10:01AM    UF Office of the Provost

No. 1212  O.P.  8 20

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1694461

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

March 31, 2008

APPROVED FOR PAYMENT

Signed: _____

Date: _6/28/08_

**BETA UPSILON CHI**

## * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $15,554.15 |
| Other Charges | $75.03 |
| **Total Current Invoice** | **$15,629.18** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000310688096, AT WACHOVIA BANK NA, 1900 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE PNBPUS33

Jul. 30. 2008 10:01AM    UF Office of the Provost

Ⅴ No. 1219  S P.  9 b

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1694461

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

March 31, 2008

For Professional Services Rendered Through February 29, 2008

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 2/13/08 | C. Bartolomucci | 7.30 | Prepare defendants' responses to plaintiffs' document requests and interrogatories |
| 2/14/08 | C. Bartolomucci | 6.30 | Prepare defendants' responses to plaintiffs' document requests and interrogatories |
| 2/15/08 | M. Cheskin | 1.00 | Revise and draft portions of defendents' responses to BYX's first interrogatories; revise and draft portions of UF's objections and responses to BYX's first request for production |
| 2/18/08 | C. Bartolomucci | 1.50 | Revise defendants' responses to plaintiffs' document requests and interrogatories |
| 2/19/08 | C. Bartolomucci | 2.00 | Telephone conference with S. Rudenstine regarding defendants' responses to plaintiffs' document requests and interrogatories; revise and finalize same |
| 2/21/08 | R. Shames | 1.00 | Review case materials; organize and prepare materials for labeling, duplication, and scanning |
| 2/21/08 | J. Shields | 0.50 | Meeting with C. Bartolomucci regarding document production |

Jul. 30. 2008 10:01AM    UF Office of the Provost         No. 1213 ~P. 10620

BETA UPSILON CHI          Vendor Copy                     March 31, 2008
Invoice No. 1694461                                       Page 2

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 2/22/08 | R. Shames | 3.40 | Organize and prepare notice of deposition materials in preparation for service; serve plaintiffs' counsel and identified parties via e-mail and United States mail; obtain duplicated and labeled case materials; quality check and compare case documents; organize and prepare documents to send to T. Tracey |
| 2/25/08 | R. Shames | 0.80 | Organize and prepare PDFs in preparation for submission and review; track notices of deposition; update C. Bartolomucci on delivery status |
| 2/25/08 | J. Shields | 6.50 | Review documents to be produced; review document requests and interrogatories |
| 2/27/08 | C. Bartolomucci | 2.50 | Meeting with J. Shields regarding document production; draft defendants' document requests and interrogatories |
| 2/27/08 | M. Cheskin | 0.50 | Revise and draft portions of defendents' document requests and interrogatories |
| 2/27/08 | J. Shields | 1.00 | Meeting with C. Bartolomucci regarding document production |
| 2/28/08 | C. Bartolomucci | 1.00 | Revise and finalize defendants' document requests and interrogatories |

| | | |
|---|---|---:|
| **Professional Services** | | $18,299.00 |
| Less 15% Fee Discount | | ($2,744.85) |
| **Total for Professional Services** | | $15,554.15 |

Other Charges

| | | |
|---|---:|---:|
| Photocopy | 8.80 | |
| Postage | 66.23 | |
| **Total for Other Charges** | | $75.03 |

| | |
|---|---:|
| **TOTAL CURRENT INVOICE** | $15,629.18 |

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|-----------|------|-------|--------|
| C. Bartolomucci | $650.00 | 20.60 | $13,390.00 |
| M. Cheskin | $530.00 | 1.50 | $795.00 |
| J. Shields | $420.00 | 8.00 | $3,360.00 |
| R. Shames | $145.00 | 5.20 | $754.00 |
| Total All Timekeepers | | 35.30 | $18,299.00 |

Jul. 30. 2008 10:02AM    UF Office of the Provost

No. 1213   4P. 11

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1700588

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

April 30, 2008

**BETA UPSILON CHI**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $11,736.80 |
| Other Charges | $918.18 |
| **Total Current Invoice** | **$12,654.98** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR:
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000100088898, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

Jul. 30. 2008 10:02AM    UF Office of the Provost        V—No. 1213 26P. 12
*near copy*

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1700588

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

Client / Matter No. 063924.000014

April 30, 2008

APPROVED FOR PAYMENT

Signed: _____

Date: _6/28/08_____

For Professional Services Rendered Through March 31, 2008

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 3/5/08 | C. Bartolomucci | 1.50 | Review documents for production to plaintiffs |
| 3/6/08 | R. Shames | 3.80 | Perform edits and redactions on identified documents; bates label documents; quality check materials; organize and prepare materials to submit to C. Bartolomucci in preparation for review; submit materials to C. Bartolomucci for attorney review |
| 3/7/08 | R. Shames | 2.30 | Obtain duplicated materials and e-copies; quality check materials; submit e-copy materials to C. Bartolomucci in preparation for attorney review; submit duplicated materials for attorney review |
| 3/10/08 | C. Bartolomucci | 6.50 | Prepare for oral argument on plaintiffs' motion for preliminary injunction |
| 3/11/08 | C. Bartolomucci | 4.00 | Prepare for oral argument on plaintiffs' motion for preliminary injunction; meeting with J. Keith, B. Wingo and A. Rudenstine regarding same |
| 3/11/08 | R. Shames | 6.00 | Review recently received documents; arrange to have selected documents bates labeled in preparation for review; redact confidential information on selected documents; organize documents in preparation for review; identify and separate duplicate constitutions and old constitutions |
| 3/12/08 | C. Bartolomucci | 2.00 | Prepare for and present oral argument in US District Court on plaintiffs' motion for preliminary injunction |

Jul. 30. 2008 10:02AM    UF Office of the Provost                No. 1213   P. 13

BETA UPSILON CHI                                        April 30, 2008
Invoice No. 1700588                                            Page 2

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 3/12/08 | C. French | 1.00 | Log organization documents according to bates labels |
| 3/12/08 | R. Knight | 1.60 | Review constitutions of student groups and categorize in Excel document |
| 3/12/08 | R. Shames | 3.80 | Review recently received documents; arrange to have selected documents bates labeled in preparation for review; redact confidential information on selected documents; organize documents in preparation for review; identify and separate duplicate constitutions and old constitutions; arrange to have materials indexed |
| 3/13/08 | C. French | 1.50 | Log organizational documents according to bates label |
| 3/13/08 | R. Knight | 0.70 | Review constitutions of student groups and categorize in Excel document |
| 3/13/08 | R. Shames | 3.20 | Implement organization details into spreadsheet; log information into Excel spreadsheets; submit materials to colleagues in preparation for review and indexing; review recently bates labeled documents |
| 3/14/08 | C. French | 2.00 | Log organizational documents according to bates label |
| 3/14/08 | R. Shames | 3.80 | Implement organization details into spreadsheet; log information into Excel spreadsheets; submit materials to colleagues in preparation for review and indexing; arrange to have case materials duplicated and organized into a copy and e-copy set |
| 3/17/08 | R. Shames | 3.00 | Review duplicated documents and e-copy set; submit selected client materials to C. Bartolomucci in preparation for attorney review; create and submit index of all student organizations |

**Professional Services**                                   $13,808.00

Less 15% Fee Discount                                       ($2,071.20)

**Total for Professional Services**                         $11,736.80

Other Charges

| | | |
|---|---|---|
| Air Freight | | 69.69 |
| Word Processing | | 6.25 |
| Travel C. Bartalomucci 03/11-12/08 | | 842.24 |

**Total for Other Charges**                                 $918.18

**TOTAL CURRENT INVOICE**                                   $12,654.98

eClient Document Viewer

BETA UPSILON CHI   vendor copy
Invoice No. 1700588

April 30, 2008
Page 3

## Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 14.00 | $9,100.00 |
| R. Shames | $145.00 | 25.90 | $3,755.50 |
| C. French | $135.00 | 4.50 | $607.50 |
| R. Knight | $150.00 | 2.30 | $345.00 |
| Total All Timekeepers | | 46.70 | $13,808.00 |

Jul. 30. 2008 10:03AM   UF Office of the Provost                    No. 1213 P. 15

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1708365                            Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire                     May 30, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

**BETA UPSILON CHI**

## * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $30,478.87 |
| Other Charges | $227.08 |
| **Total Current Invoice** | **$30,705.95** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000010068096, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

Vendor Copy

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1708365

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

Client / Matter No. 063924.000014

May 30, 2008

APPROVED FOR PAYMENT

Signed: _____

Date: 6/27/08

For Professional Services Rendered Through April 30, 2008

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 4/3/08 | C. Bartolomucci | 7.00 | Review student organization constitutions; prepare same for production to plaintiffs |
| 4/3/08 | R. Shames | 0.80 | Redact and duplicate materials |
| 4/4/08 | C. Bartolomucci | 4.50 | Review student organization constitutions; prepare same for production to plaintiffs |
| 4/9/08 | C. Bartolomucci | 1.50 | Review student organization constitutions to be produced to plaintiffs |
| 4/10/08 | R. Shames | 2.60 | Review materials for redaction and bates labeling; redact materials; create log of student organizations |
| 4/11/08 | R. Shames | 0.80 | Review additional case documents; update organization log; perform redactions; quality check documents; arrange to have materials duplicated and bates labeled in preparation for attorney review |
| 4/14/08 | R. Shames | 2.80 | Review duplicated and bates labeled materials; quality check hard copy and e-copy materials; submit hard copy and e-copy materials to C. Bartolomucci for attorney review |
| 4/15/08 | R. Shames | 1.30 | Update constitution log for case documents |
| 4/18/08 | R. Shames | 0.60 | Submit e-copy of materials to C. Bartolomucci for attorney review |

BETA UPSILON CHI                                                    May 30, 2008
Invoice No. 1708365                                                      Page 2

their copy

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 4/21/08 | C. Bartolomucci | 1.50 | Prepare for depositions; review and revise draft motion regarding mediation; review draft constitution guidelines; telephone conference with J. Keith regarding same |
| 4/21/08 | R. Shames | 0.30 | Identify previous batches of produced documents with C. Bartolomucci |
| 4/22/08 | C. Bartolomucci | 6.00 | Prepare for depositions |
| 4/22/08 | R. Shames | 1.80 | Print selected materials; bates label selected documents; create PDF of new selected documents for attorney review; submit new PDF and hard copies of selected documents for attorney review |
| 4/23/08 | C. Bartolomucci | 7.30 | Prepare for depositions |
| 4/23/08 | R. Shames | 0.50 | Arrange to have selected materials converted into e-copy; submit requested copies to C. Bartolomucci |
| 4/25/08 | C. Bartolomucci | 2.50 | Prepare for depositions; telephone conference with J. Keith and S. Rudenstine regarding same |
| 4/28/08 | C. Bartolomucci | 7.30 | Prepare for depositions; meeting with J. Keith, A. Hass and S. Rudenstine regarding same; meeting with C. Cupoli, A. Hass and S. Rudenstine regarding same; meeting with P. Telles-Irvin, J. Keith and S. Rudenstine regarding same |
| 4/29/08 | C. Bartolomucci | 9.50 | Prepare for depositions; meeting with P. Telles-Irvin, A. Hass and S. Rudenstine regarding same; meeting with E. Daniels, A. Hass and S. Rudenstine regarding same |
| 4/30/08 | C. Bartolomucci | 5.50 | Defend E. Daniels deposition; prepare for remaining depositions; meeting with C. Cupoli, A. Hass and S. Rudenstine regarding same |

**Professional Services**                                          $35,857.50

Less 15% Fee Discount                                             ($5,378.63)

**Total for Professional Services**                                $30,478.87

Other Charges

| | | |
|---|---|---|
| | Photocopy | 28.80 |
| | Air Freight | 70.98 |
| | Word Processing | 43.75 |
| | CD ROM | 9.00 |
| | Local Transportation | 74.55 |

**Total for Other Charges**                                        $227.08

**TOTAL CURRENT INVOICE**                                          $30,705.95

eClient Document Viewer

BETA UPSILON CHI               May 30, 2008
Invoice No. 1708365                                     Page 3

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 52.60 | $34,190.00 |
| R. Shames | $145.00 | 11.50 | $1,667.50 |
| Total All Timekeepers | | 64.10 | $35,857.50 |

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1721425

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

Client / Matter No. 063924.000014

June 30, 2008

APPROVED FOR PAYMENT

Signed: _____

Date: Dec. 9 2008

For Professional Services Rendered Through May 31, 2008

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 5/1/08 | C. Bartolomucci | 6.30 | Defend depositions of C. Cupoli and P. Telles-Irvin; prepare for deposition of BYX vice-president R. Peterman |
| 5/2/08 | C. Bartolomucci | 3.50 | Prepare for and take deposition of BYX vice-president R. Peterman |
| 5/7/08 | R. Shames | 0.30 | Arrange to have selected materials duplicated for attorney review |
| 5/8/08 | R. Shames | 1.30 | Review case materials; bates label selected case materials; duplicate selected case materials and create PDF of same |
| 5/9/08 | C. Bartolomucci | 0.50 | Produce additional documents to counsel for BYX |
| 5/9/08 | M. Cheskin | 0.20 | Exchange memoranda on the recent depositions, pending motions, and follow-up to same relating to BYX and the University of Florida |
| 5/9/08 | R. Shames | 0.50 | Quality check PDF scan of recently received documents; submit requested materials to C. Bartolomucci in preparation for attorney review |
| 5/15/08 | C. Bartolomucci | 3.00 | Prepare UF's summary judgment motion and statement of material facts |
| 5/20/08 | C. Bartolomucci | 3.50 | Prepare UF's summary judgment motion; review deposition transcripts |
| 5/21/08 | C. Bartolomucci | 1.30 | Prepare UF's motion for summary judgment |

**BETA UPSILON CHI**                                    June 30, 2008
Invoice No. 1721425                                          Page 2

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 5/22/08 | C. Bartolomucci | 2.50 | Prepare UF's motion for summary judgment |
| 5/23/08 | C. Bartolomucci | 7.20 | Prepare UF's motion for summary judgment |
| 5/26/08 | C. Bartolomucci | 1.60 | Prepare UF's motion for summary judgment |
| 5/27/08 | C. Bartolomucci | 4.30 | Prepare UF's motion for summary judgment |
| 5/27/08 | C. Bartolomucci | 2.70 | Prepare UF's motion for summary judgment |
| 5/28/08 | C. Bartolomucci | 12.50 | Prepare UF's motion for summary judgment |
| 5/29/08 | C. Bartolomucci | 10.80 | Revise UF's summary judgment motion; review order denying BYX's motion for preliminary injunction; draft E. Daniels affidavit; meeting with J. Shields regarding UF's motion for summary judgment; review and implement OGC changes to motion |
| 5/29/08 | M. Cheskin | 0.30 | Review court order denying plaintiff's motion for temporary injunction |
| 5/30/08 | C. Bartolomucci | 7.80 | Revise and finalize UF's motion for summary judgment, statement of material facts, and affidavit of E. Daniels; organize attachments to UF's motion for filing with the court |
| 5/31/08 | C. Bartolomucci | 2.90 | Review BYX's motion for summary judgment; prepare analysis of same for J. Keith, B. Wingo and A. Hass; prepare UF's brief in opposition to BYX's motion for summary judgment |

| | |
|---|---|
| **Professional Services** | $46,329.50 |
| Less 15% Fee Discount | ($6,949.43) |
| **Total for Professional Services** | $39,380.07 |

BETA UPSILON CHI                                        June 30, 2008
Invoice No. 1721425                                          Page 3

Other Charges

| | |
|---|---|
| Photocopy | 82.60 |
| Outside Duplicating | 683.73 |
| Postage | 4.60 |
| Word Processing | 12.50 |
| Travel C. Bartolomucci 4/27-5/2/08 | 1,820.71 |

**Total for Other Charges**                                $2,604.14

**TOTAL CURRENT INVOICE**                                  $41,984.21

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 70.40 | $45,760.00 |
| M. Cheskin | $530.00 | 0.50 | $265.00 |
| R. Shames | $145.00 | 2.10 | $304.50 |
| Total All Timekeepers | | 73.00 | $46,329.50 |

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1723535

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

July 31, 2008

APPROVED FOR PAYMENT

Signed: _____

Date: 12/9/08

For Professional Services Rendered Through June 30, 2008

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
| --- | --- | --- | --- |
| 6/2/08 | C. Bartolomucci | 2.00 | Prepare UF's brief in opposition to BYX's motion for summary judgment |
| 6/6/08 | C. Bartolomucci | 0.40 | Review BYX's motion for injunction pending appeal |
| 6/8/08 | C. Bartolomucci | 12.30 | Draft UF's opposition to BYX's motion for summary judgment |
| 6/9/08 | C. Bartolomucci | 2.50 | Draft UF's opposition to BYX's motion for summary judgment |
| 6/9/08 | C. Bartolomucci | 3.50 | Research and review 11th Circuit case law regarding injunctions pending appeal and similar forms of injunctive relief |
| 6/10/08 | C. Bartolomucci | 1.50 | Draft UF's statement in response to BYX's statement of material facts |
| 6/11/08 | C. Bartolomucci | 3.70 | Revise UF's opposition to BYX's motion for summary judgment; draft UF's statement in response to BYX's statement of material facts |
| 6/13/08 | C. Bartolomucci | 9.90 | Revise and finalize UF's opposition to BYX's motion for summary judgment and UF's statement in response to BYX's statement of material facts |
| 6/14/08 | C. Bartolomucci | 3.80 | Draft UF's opposition to BYX's motion for injunction pending appeal |

BETA UPSILON CHI                                    July 31, 2008
Invoice No. 1723535                                        Page 2

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 6/15/08 | C. Bartolomucci | 1.30 | Draft UF's opposition to BYX's motion for injunction pending appeal |
| 6/16/08 | C. Bartolomucci | 1.00 | Draft UF's opposition to BYX's motion for injunction pending appeal |
| 6/17/08 | C. Bartolomucci | 8.30 | Draft UF's opposition to BYX's motion for injunction pending appeal |
| 6/19/08 | C. Bartolomucci | 1.00 | Revise UF's opposition to BYX's motion for injunction pending appeal |
| 6/20/08 | C. Bartolomucci | 1.00 | Revise and finalize UF's opposition to BYX's motion for injunction pending appeal |

**Professional Services**                          $33,930.00

Less 15% Fee Discount                              ($5,089.50)

**Total for Professional Services**                $28,840.50

Other Charges

| | | |
|---|---|---|
| Photocopy | 119.60 | |
| Outside Duplicating | 1,402.40 | |
| Deposition Transcripts | 1,366.20 | |

**Total for Other Charges**                         $2,888.20

**TOTAL CURRENT INVOICE**                          $31,728.70

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|-----------|------|-------|--------|
| C. Bartolomucci | $650.00 | 52.20 | $33,930.00 |
| Total All Timekeepers | | 52.20 | $33,930.00 |

Dec. 23. 2008 9:25AM    UF Office of the Provost                    No. 2759    P. 43

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1730684                         Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire                  August 29, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall                             APPROVED FOR PAYMENT
Gainesville, FL 32611-3125

                                            Signed: _____

**BETA UPSILON CHI**                        Date: _____

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $5,193.50 |
| Other Charges | $201.48 |
| **Total Current Invoice** | **$5,394.98** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000108688096, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1730684

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

August 29, 2008

**APPROVED FOR PAYMENT**

Signed: _____

Date: _12/9/08_

For Professional Services Rendered Through July 31, 2008

**BETA UPSILON CHI**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 7/3/08 | C. Bartolomucci | 1.80 | Prepare UF's opposition to BYX's 11th Circuit motion for injunction pending appeal |
| 7/4/08 | C. Bartolomucci | 2.80 | Prepare UF's opposition to BYX's 11th Circuit motion for injunction pending appeal |
| 7/14/08 | C. Bartolomucci | 1.00 | Revise UF's opposition to BYX's 11th Circuit motion for injunction pending appeal |
| 7/15/08 | C. Bartolomucci | 2.00 | Revise UF's opposition to BYX's 11th Circuit motion for injunction pending appeal; prepare appendix of record materials in support of same |
| 7/24/08 | C. Bartolomucci | 1.30 | Prepare for and telephone conference with 11th Circuit mediation office |
| 7/28/08 | C. Bartolomucci | 0.50 | Review BYX's 11th Circuit brief |

| | | |
|---|---|---|
| **Professional Services** | | $6,110.00 |
| Less 15% Fee Discount | | ($916.50) |
| **Total for Professional Services** | | $5,193.50 |

Dec. 23. 2008  9:25AM    UF Office of the Provost                No. 2759   P. 42

BETA UPSILON CHI                                           August 29, 2008
Invoice No. 1730684                                              Page 2

Other Charges

|  | |
|---|---:|
| Photocopy | 85.40 |
| Postage | 6.80 |
| Air Freight | 94.74 |
| Air Freight - Federal Express Inv#279307157 Airbill#862695920356 | 14.54 |

**Total for Other Charges**                                    $201.48

**TOTAL CURRENT INVOICE**                                      $5,394.98

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 9.40 | $6,110.00 |
| Total All Timekeepers | | 9.40 | $6,110.00 |

Dec.23. 2008 9:24AM    UF Office of the Provost          No. 2759   P. 40

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1738438                    Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire             September 30, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

**BETA UPSILON CHI**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $13,757.25 |
| Other Charges | $50.48 |
| **Total Current Invoice** | **$13,807.73** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000010588306, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE U.S. PLEASE INCLUDE – SWIFT CODE: PNBPUS33

Dec. 23. 2008 9:24AM UF Office of the Provost     No. 2759 P. 38

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1738438        Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire        September 30, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

APPROVED FOR PAYMENT

Signed: _____

Date: _12/9/08_

For Professional Services Rendered Through August 31, 2008

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 8/4/08 | C. Bartolomucci | 1.00 | Telephone conferences with A. Hass and J. Keith regarding registration of BYX per Eleventh Circuit's order and possible temporary registration of other groups |
| 8/15/08 | C. Bartolomucci | 1.10 | Telephone conference with J. Keith and A. Hass regarding potential new lawsuits and possible temporary registration of student groups |
| 8/18/08 | C. Bartolomucci | 0.50 | Telephone conference with J. Keith and A. Hass regarding Eleventh Circuit appeal and potential new lawsuit |
| 8/19/08 | C. Bartolomucci | 0.50 | Telephone conference with J. Keith and A. Hass regarding Eleventh Circuit appeal and potential new lawsuits |
| 8/29/08 | C. Bartolomucci | 2.80 | Prepare University of Florida's Eleventh Circuit brief in preliminary injunction appeal |
| 8/30/08 | C. Bartolomucci | 7.00 | Prepare University of Florida's Eleventh Circuit brief in preliminary injunction appeal; telephone conference with J. Keith regarding extension of RSO re-registration deadline |
| 8/30/08 | C. Bartolomucci | 1.50 | Prepare University of Florida's Eleventh Circuit brief in preliminary injunction appeal |
| 8/31/08 | C. Bartolomucci | 8.00 | Prepare University of Florida's Eleventh Circuit brief in preliminary injunction appeal |
| 8/31/08 | C. Bartolomucci | 2.50 | Prepare University of Florida's Eleventh Circuit brief in preliminary injunction appeal |

eClient Document Viewer

BETA UPSILON CHI                                          September 30, 2008
Invoice No. 1738438                                                    Page 2

**Professional Services**                                           $16,185.00

Less 15% Fee Discount                                              ($2,427.75)

**Total for Professional Services**                                 $13,757.25

Other Charges

| | | |
|---|---|---|
| Photocopy | | 0.20 |
| Postage | | 0.84 |
| Air Freight | | 49.44 |

**Total for Other Charges**                                          $50.48

**TOTAL CURRENT INVOICE**                                           $13,807.73

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 24.90 | $16,185.00 |
| Total All Timekeepers | | 24.90 | $16,185.00 |

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1744648

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

October 31, 2008

APPROVED FOR PAYMENT

Signed: _____

For Professional Services Rendered Through September 30, 2008

Date: _12/9/08_____

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 9/1/08 | C. Bartolomucci | 5.00 | Prepare 11th Circuit brief in preliminary injunction appeal |
| 9/2/08 | C. Bartolomucci | 7.00 | Review comments on and changes to draft 11th Circuit brief; revise same; telephone conference with J. Keith and A. Hass regarding same |
| 9/2/08 | C. Bartolomucci | 1.00 | Revise 11th Circuit brief in preliminary injunction appeal |
| 9/3/08 | C. Bartolomucci | 10.00 | Revise and finalize 11th Circuit brief in preliminary injunction appeal; telephone conference with J. Keith and A. Eass regarding same |
| 9/18/08 | C. Bartolomucci | 0.40 | Review BYX 11th Circuit reply brief in preliminary injunction appeal |
| 9/22/08 | C. Bartolomucci | 1.00 | Telephone conference with university general counsels regarding amicus support |
| 9/23/08 | C. Bartolomucci | 0.70 | Telephone conference with university general counsels regarding amicus support |
| 9/30/08 | C. Bartolomucci | 2.00 | Prepare Rule 28(j) letter regarding new Ninth Circuit opinion in Truth v. Kent School District |

| | |
|---|---|
| **Professional Services** | $17,615.00 |
| Less 15% Fee Discount | ($2,642.25) |
| **Total for Professional Services** | $14,972.75 |

BETA UPSILON CHI                                          October 31, 2008
Invoice No. 1744648                                                Page 2

Other Charges

      Photocopy                                169.00
      Air Freight                               90.96

**Total for Other Charges**                                    $259.96

**TOTAL CURRENT INVOICE**                                      $15,232.71

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 27.10 | $17,615.00 |
| Total All Timekeepers | | 27.10 | $17,615.00 |

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

---

Invoice No. 1752639

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

Client / Matter No. 063924.000014

November 28, 2008

APPROVED FOR PAYMENT

Signed: _____

Date: 12/1/08

For Professional Services Rendered Through October 31, 2008

**BETA UPSILON CHI**

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 10/8/08 | C. Bartolomucci | 0.70 | Telephone conference with J. Keith, A. Hass and university and ACE general counsel regarding amicus support |
| 10/14/08 | C. Bartolomucci | 0.90 | Review Gator Christian Life constitution and draft response to e-mails relating to non-registration of Gator Christian Life; telephone conference with A. Hass regarding same |

| | | |
|---|---|---|
| **Professional Services** | | $1,040.00 |
| Less 15% Fee Discount | | ($156.00) |
| **Total for Professional Services** | | $884.00 |

Other Charges

| | | |
|---|---|---|
| Air Freight | 21.88 | |
| **Total for Other Charges** | | $21.88 |
| **TOTAL CURRENT INVOICE** | | $905.88 |

BETA UPSILON CHI
Invoice No. 1752639

November 28, 2008
Page 2

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 1.60 | $1,040.00 |
| Total All Timekeepers | | 1.60 | $1,040.00 |

Feb. 13. 2009 9:35AM    UF Office of the Provost    V- O J- J O 4 ᄀ No. 3148    P. 2

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1757508                    Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire                    December 31, 2008
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

**BETA UPSILON CHI**

* * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $828.75 |
| Other Charges | $59.00 |
| **Total Current Invoice** | **$887.75** |

APPROVED FOR PAYMENT

Signed: _____

Date: 1/29/09

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. - OPERATING ACCOUNT
ACCOUNT # 2000106894, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE - SWIFT CODE: PNBPUS33

Feb. 13. 2009 9:36AM UF Office of the Provost V-023076 No. 3148 P. 3

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1757508

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

Client / Matter No. 063924.000014

December 31, 2008

For Professional Services Rendered Through November 30, 2008

**BETA UPSILON CHI**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/25/08 | C. Bartolomucci | 0.10 | Telephone conference with A. Hass regarding 11th Circuit panel |
| 11/29/08 | C. Bartolomucci | 1.40 | Prepare Rule 28(j) letter |

| | | |
|---|---|---|
| **Professional Services** | | $975.00 |
| Less 15% Fee Discount | | ($146.25) |
| **Total for Professional Services** | | $828.75 |

Other Charges

| | | |
|---|---|---|
| Depositions and Transcripts | 59.00 | |
| **Total for Other Charges** | | $59.00 |
| **TOTAL CURRENT INVOICE** | | $887.75 |

eClient Document Viewer

BETA UPSILON CHI
Invoice No. 1757508

December 31, 2008
Page 2

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 1.50 | $975.00 |
| Total All Timekeepers | | 1.50 | $975.00 |

NOV. 9. 2009 4:05PM    GENERAL COUNSEL                    NO. 5076    P. 2

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1766083                          Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire                   January 30, 2009
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125                   APPROVED FOR PAYMENT

                                             Signed: _____

**BETA UPSILON CHI**                         Date: ___10/21/09___

### * * * SUMMARY OF CURRENT INVOICE * * *

Total Professional Services        $15,303.40

Other Charges                      $854.68

**Total Current Invoice**          ~~$16,158.08~~

New Total            − Credit of $5,210.50
                     $ 10,947.58
                     (Per Marilyn O.
                       10/21/09)

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000108506, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US PLEASE INCLUDE – SWIFT CODE PNBPUS33

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1766083

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

Client / Matter No. 063924.000014

January 30, 2009

For Professional Services Rendered Through December 31, 2008

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/1/08 | C. Bartolomucci | 1.10 | Telephone conferences with J. Keith and A. Hass regarding Rule 28(j) letter and upcoming oral argument; revise and finalize same |
| 12/1/08 | J. Hawley | 1.50 | Analyze 11th Circuit brief; prepare for moot court |
| 12/4/08 | C. Bartolomucci | 4.30 | Prepare for moot court and oral argument |
| 12/4/08 | J. Hawley | 1.00 | Analyze 11th Circuit brief; prepare for moot court |
| 12/5/08 | C. Bartolomucci | 2.50 | Prepare for moot court and oral argument; attend moot court; post-moot court discussion |
| 12/5/08 | J. Hawley | 3.80 | Prepare for and conduct moot court for 11th Circuit argument |
| 12/5/08 | D. Perella | 6.50 | Prepare for and participate in moot court in preparation for 11th Circuit argument |
| 12/6/08 | C. Bartolomucci | 2.50 | Prepare for oral argument |
| 12/9/08 | C. Bartolomucci | 3.80 | Prepare for oral argument |
| 12/10/08 | C. Bartolomucci | 4.00 | Present oral argument; telephone conference with A. Hass regarding same; telephone conference with J. Keith regarding same |
| 12/11/08 | C. Bartolomucci | 1.20 | Telephone conference with J. Keith and A. Hass regarding 11th Circuit oral argument and post-decision options |

eClient Document Viewer

BETA UPSILON CHI                                    January 30, 2009
Invoice No. 1766083                                         Page 2

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/22/08 | C. Bartolomucci | 1.50 | Telephone conference with J. Keith regarding settlement and attorney fees; research and review 11th Circuit case law regarding same |

**Professional Services**                                    $18,004.00

Less 15% Fee Discount                                       ($2,700.60)

**Total for Professional Services**                         $15,303.40

Other Charges

|  |  |  |
|--|--|--|
| Photocopy | 0.60 | |
| Computer Research | 169.37 | |
| Air Freight | 18.71 | |
| Business Meals | 38.45 | |
| Travel C. Bartolomucci 12/9-10/08 | 627.55 | |

**Total for Other Charges**                                  $854.68

**TOTAL CURRENT INVOICE**                                   $16,158.08

$10,947.58

.BETA UPSILON CHI
Invoice No. 1766083

January 30, 2009
Page 3

### Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| C. Bartolomucci | $650.00 | 20.90 | $13,585.00 |
| D. Perella | $360.00 | 6.50 | $2,340.00 |
| J. Hawley | $330.00 | 6.30 | $2,079.00 |
| Total All Timekeepers | | 33.70 | $18,004.00 |

NOV. 9. 2009 4:06PM    GENERAL COUNSEL                        NO. 5076   P. 8

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1771025                          Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire                   February 27, 2009
Vice President & General Counsel
University of Florida                         APPROVED FOR PAYMENT
123 Tigert Hall
Gainesville, FL 32611-3125                    Signed: _____

                                             Date: __10/21/09__

**BETA UPSILON CHI**

### * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $9,180.00 |
| Other Charges | $37.38 |
| **Total Current Invoice** | **$9,217.38** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000100040200, AT WACHOVIA BANK NA, 1200 1 STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1771025

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

February 27, 2009

For Professional Services Rendered Through January 31, 2009

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 1/7/09 | C. Bartolomucci | 2.50 | Research and review 11th Circuit case law regarding mootness; prepare motion to dismiss appeal due to mootness |
| 1/10/09 | C. Bartolomucci | 3.00 | Prepare motion to dismiss appeal due to mootness |
| 1/14/09 | C. Bartolomucci | 4.50 | Prepare motion to dismiss appeal due to mootness; review and comment on draft letters to BYX, Gator Christian Life and Kappa Upsilon Chi; prepare J. Keith affidavit |
| 1/15/09 | C. Bartolomucci | 4.00 | Telephone conferences with J. Keith and A. Hass regarding motion to dismiss appeal due to mootness and related matters; review and comment on UF policy statement, short statement and Q&As; review and comment on changes to student handbook and constitution guidelines; revise J. Keith affidavit; revise and finalize mootness motion; coordinate filing of mootness motion with law firm in Atlanta; telephone conference with T. Tracey regarding UF's policy change and mootness motion; revise mootness motion for electronic filing in District Court and file same |
| 1/30/09 | C. Bartolomucci | 2.00 | Prepare 11th Circuit reply brief in support of mootness motion |

| | | |
|---|---|---|
| **Professional Services** | | $10,800.00 |
| Less 15% Fee Discount | | ($1,620.00) |
| **Total for Professional Services** | | $9,180.00 |

BETA UPSILON CHI                                  February 27, 2009
Invoice No. 1771025                                        Page 2

Other Charges

    Air Freight                                    37.38

**Total for Other Charges**                                         $37.38

**TOTAL CURRENT INVOICE**                                           $9,217.38

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| C. Bartolomucci | $675.00 | 16.00 | $10,800.00 |
| Total All Timekeepers | | 16.00 | $10,800.00 |

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1778709

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

March 31, 2009

APPROVED FOR PAYMENT

Signed: _____

Date: _10/31/09_

**BETA UPSILON CHI**

## * * * SUMMARY OF CURRENT INVOICE * * *

| | |
|---|---|
| Total Professional Services | $4,073.62 |
| Other Charges | $51.05 |
| **Total Current Invoice** | **$4,124.67** |

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000010698096, AT WACHOVIA BANK NA, 1500 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33

# HOGAN & HARTSON

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 Tel
+1.202.637.5910 Fax

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1778709

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

Client / Matter No. 063924.000014

March 31, 2009

For Professional Services Rendered Through February 28, 2009

## BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 2/3/09 | C. Bartolomucci | 1.30 | Prepare 11th Circuit mootness reply brief; review and comment on draft D. Morgan affidavit |
| 2/4/09 | C. Bartolomucci | 2.50 | Prepare 11th Circuit mootness reply brief |
| 2/5/09 | C. Bartolomucci | 2.00 | Revise and finalize 11th Circuit mootness motion |
| 2/13/09 | C. Bartolomucci | 1.00 | Prepare UF's response to BYX's motion to stay district court proceedings |
| 2/17/09 | C. Bartolomucci | 0.30 | Revise, finalize and electronically file UF's response to BYX's motion to stay district court proceedings |

| | |
|---|---|
| **Professional Services** | $4,792.50 |
| Less 15% Fee Discount | ($718.88) |
| **Total for Professional Services** | $4,073.62 |

BETA UPSILON CHI                                    March 31, 2009
Invoice No. 1778709                                          Page 2

Other Charges

       Photocopy                                     0.20
       Air Freight                                   50.85

**Total for Other Charges**                              **$51.05**

**TOTAL CURRENT INVOICE**                              **$4,124.67**

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| C. Bartolomucci | $675.00 | 7.10 | $4,792.50 |
| Total All Timekeepers | | 7.10 | $4,792.50 |

# HOGAN & HARTSON

029009 00

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 **Tel**
+1.202.637.5910 **Fax**

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1855665

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

March 31, 2010

APPROVED FOR PAYMENT

Signed: Jamie Lewis Keith

Date: 5/24/10

**BETA UPSILON CHI**

## * * * SUMMARY OF CURRENT INVOICE * * *

Total Professional Services        ~~$30,351.37~~  20,000

Other Charges                      $50.78

**Total Current Invoice**          ~~$30,402.15~~  20,050.78

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN & HARTSON L.L.P. – OPERATING ACCOUNT
ACCOUNT# 2000010688096, AT WACHOVIA BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE INCLUDE – SWIFT CODE: PNBPUS33



# HOGAN & HARTSON

02960900

Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
+1.202.637.5600 **Tel**
+1.202.637.5910 **Fax**

www.hhlaw.com

Fed. I.D. No.
53-0084704

Invoice No. 1855665

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

March 31, 2010

For Professional Services Rendered Through February 28, 2010

### BETA UPSILON CHI

| Date | Timekeeper | Hours | Description |
|------|------------|-------|-------------|
| 12/1/09 | C. Bartolomucci | 1.00 | Telephone conference with J. Keith and A. Hass regarding BYX application for appellate attorney's fees; e-mail attorney's fees cases to J. Keith and A. Hass; review BYX's brief in support of fee application |
| 12/2/09 | C. Bartolomucci | 4.50 | Prepare brief in opposition to BYX application for appellate attorney's fees |
| 12/3/09 | C. Bartolomucci | 5.30 | Prepare brief in opposition to BYX application for appellate attorney's fees |
| 12/4/09 | C. Bartolomucci | 5.00 | Prepare brief in opposition to BYX application for appellate attorney's fees |
| 12/7/09 | C. Bartolomucci | 1.80 | Prepare brief in opposition to BYX application for appellate attorney's fees |
| 12/8/09 | C. Bartolomucci | 2.00 | Prepare brief in opposition to BYX application for appellate attorney's fees |
| 12/9/09 | C. Bartolomucci | 8.00 | Prepare brief in opposition to BYX application for appellate attorney's fees |
| 12/10/09 | C. Bartolomucci | 1.00 | Prepare brief in opposition to BYX application for appellate attorney's fees |
| 12/10/09 | C. Bartolomucci | 4.30 | Prepare brief in opposition to BYX application for appellate attorney's fees |

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 12/11/09 | C. Bartolomucci | 1.00 | Prepare brief in opposition to BYX application for appellate attorney's fees; telephone conference with A. Hass regarding same |
| 12/12/09 | C. Bartolomucci | 8.00 | Prepare brief in opposition to BYX application for appellate attorney's fees; telephone conference with J. Keith regarding same |
| 12/13/09 | C. Bartolomucci | 10.00 | Prepare brief in opposition to BYX application for appellate attorney's fees; telephone conference with J. Keith regarding same |
| 12/14/09 | C. Bartolomucci | 1.00 | Finalize UF's brief in opposition to BYX application for appellate attorney's fees; prepare exhibits to same |

**Professional Services**                                            $35,707.50

Less 15% Fee Discount                             (15,707.50) ($5,356.13)

**Total for Professional Services**                               -$30,351.37
                                                                    20,000

Other Charges

|                    |        |
|--------------------|--------|
| Photocopy          | 20.40  |
| Air Freight        | 30.38  |

**Total for Other Charges**                                          $50.78

**TOTAL CURRENT INVOICE**                                        $30,402.15

                                                        20,050.78
                                                     (revised per
                                                      email dated
                                                       5/21/10)

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|-----------|------|-------|--------|
| C. Bartolomucci | $675.00 | 52.90 | $35,707.50 |
| Total All Timekeepers | | 52.90 | $35,707.50 |



031 40828

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

www.hoganlovells.com

Fed. I.D. No.
53-0084704

Invoice No. 1940966

Client / Matter No. 063924.000014

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

November 30, 2010

APPROVED FOR PAYMENT

Signed: _____

Date: _12/16/10_

**BETA UPSILON CHI**

## * * * SUMMARY OF CURRENT INVOICE * * *

Total Professional Services     $4,224.50

**Total Current Invoice**     **$4,224.50**

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb



Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

November 30, 2010

For Professional Services Rendered Through October 31, 2010

**BETA UPSILON CHI**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 10/13/10 | C. Bartolomucci | 2.70 | Prepare UF's opposition to BYX's motion to tax costs |
| 10/22/10 | C. Bartolomucci | 0.10 | Telephone conference with BYX counsel R. Gannam regarding attorney's fees |
| 10/25/10 | C. Bartolomucci | 4.00 | Legal research for use in opposing BYX's for the coming motion for attorney's fees |
| 10/27/10 | C. Bartolomucci | 0.10 | E-mail exchange with BYX counsel R. Gannam regarding attorney's fees |
| 10/28/10 | C. Bartolomucci | 0.10 | E-mail exchange with BYX counsel R. Gannam regarding attorney's fees |
| 10/29/10 | C. Bartolomucci | 0.10 | Telephone conference with BYX counsel R. Gannam regarding attorney's fees |

| | |
|---|---|
| **Professional Services** | $4,970.00 |
| Less 15% Fee Discount | ($745.50) |
| **Total for Professional Services** | $4,224.50 |

**TOTAL CURRENT INVOICE**  $4,224.50

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|-----------|------|-------|--------|
| C. Bartolomucci | $700.00 | 7.10 | $4,970.00 |
| Total All Timekeepers | | 7.10 | $4,970.00 |

*0 3(4 0828*

## Outstanding Invoices

Paid-in-full invoices and corresponding payments are not shown below.
This summary reflects payments received through November 30, 2010.
This statement includes the current invoice.

| Invoice No. | Date | Fees | Other Charges | Total | Payments | Date Last Payment | Balance |
|---------|----------|----------|---------|----------|----------|---------|----------|
| 1940966 | 11/30/10 | 4,224.50 | 0.00 | 4,224.50 | 0.00 | | 4,224.50 |
| Total | | 4,224.50 | 0.00 | 4,224.50 | 0.00 | | 4,224.50 |

**\*\*\* RETURN THIS PAGE WITH YOUR PAYMENT \*\*\***

Please include invoice number(s) on your check for faster processing



# Hogan Lovells

$O3 2084$ ).

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
T +202 637 5600
F +202 637 5910

**www.hoganlovells.com**

**Fed. I.D. No.
53-0084704**

Invoice No. 1946389

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

**BETA UPSILON CHI**

Client / Matter No. 063924.000014

December 29, 2010

APPROVED FOR PAYMENT

Signed: _____

Date: _1/28/11_

## * * * SUMMARY OF CURRENT INVOICE * * *

Total Professional Services        $13,447.00

**Total Current Invoice            $13,447.00**

Please include invoice number(s) on your check for faster processing.

PAYMENT IN U.S. DOLLARS MAY BE MADE BY WIRE TRANSFER TO OUR
HOGAN LOVELLS US LLP – OPERATING ACCOUNT
ACCOUNT# 2000010688096, WELLS FARGO BANK NA, 1300 I STREET, N.W.
WASHINGTON, D.C. 20005
ABA #054001220
FOR WIRES COMING FROM OUTSIDE THE US, PLEASE USE – SWIFT CODE PNBPUS33 INSTEAD OF ABA

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi Alicante Amsterdam Baltimore Beijing Berlin Boulder Brussels Caracas Chicago Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Madrid Miami Milan Moscow Munich New York Northern Virginia Paris Philadelphia Prague Rome San Francisco Shanghai Silicon Valley Singapore Tokyo Warsaw Washington DC Associated offices: Budapest Jeddah Riyadh Zagreb

Jamie Lewis Keith, Esquire
Vice President & General Counsel
University of Florida
123 Tigert Hall
Gainesville, FL 32611-3125

December 29, 2010

For Professional Services Rendered Through November 30, 2010

**BETA UPSILON CHI**

| Date | Timekeeper | Hours | Description |
|------|-----------|-------|-------------|
| 11/1/10 | C. Bartolomucci | 5.00 | Review BYX's district court motion for attorney's fees; prepare opposition to same |
| 11/2/10 | C. Bartolomucci | 2.00 | Prepare UF's opposition to BYX's district court motion for attorney's fees |
| 11/3/10 | C. Bartolomucci | 0.50 | Prepare UF's opposition to BYX's district court motion for attorney's fees |
| 11/4/10 | C. Bartolomucci | 2.70 | Prepare UF's opposition to BYX's district court motion for attorney's fees |
| 11/5/10 | C. Bartolomucci | 4.50 | Prepare UF's opposition to BYX's district court motion for attorney's fees |
| 11/8/10 | C. Bartolomucci | 2.00 | Prepare UF's opposition to BYX's district court motion for attorney's fees |
| 11/9/10 | C. Bartolomucci | 1.10 | Telephone conference with A. Hass regarding UF's opposition to BYX's district court motion for attorney's fees; legal research for same |
| 11/11/10 | C. Bartolomucci | 2.80 | Revise UF's opposition to BYX's district court motion for attorney's fees |
| 11/12/10 | C. Bartolomucci | 2.00 | Finalize and file UF's opposition to BYX's district court motion for attorney's fees; prepare and file UF's opposition to BYX's motion for review of clerk's denial of district court costs |

**Professional Services** $15,820.00

Less 15% Fee Discount ($2,373.00)

**Total for Professional Services** $13,447.00

**TOTAL CURRENT INVOICE** $13,447.00

Timekeeper Summary

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| C. Bartolomucci | $700.00 | 22.60 | $15,820.00 |
| Total All Timekeepers | | 22.60 | $15,820.00 |



Ms. Jamie Lewis Keith
Vice President and General Counsel
University of Florida
123 Tigert Hall
P.O. Box 113125
Gainesville, Florida 32611-3125

Dear Jamie,

This constitutes an invoice for legal services rendered for the month of March 2011 for conferences with opposing counsel regarding attorney's fees pursuant to the court's March 4, 2011 order and related work in the amount of **$600.00**.

Accordingly, please wire **$600.00** to the checking account of Bancroft Associates PLLC, at

Thank you very much. Please call me at 202.234.0090 should you have any questions.

Very truly yours,

H. Christopher Bartolomucci



I hereby certify that all costs and fees claimed for payment are accurate and were performed in furtherance of the AGREEMENT between BANCROFT PLLC and UNIVERSITY OF FLORIDA.

_____

H. Christopher Bartolomucci

<u>April 11, 2011</u>

Date



September 15, 2011

Ms. Jamie Lewis Keith
University of Florida
123 Tigert Hall
P.O. Box 113125
Gainesville, FL 32611-3125

Dear Jamie:

This constitutes an invoice for legal services rendered in connection with the preparation and filing of an appellate brief in the Eleventh Circuit in the amount of **$10,000.00**.

Accordingly, please wire **$10,000.00** to the checking account of Bancroft Associates PLLC, at

Thank you very much. Please call me at 202.234.0090 should you have any questions.

Very truly yours,

H. Christopher Bartolomucci

Enclosure

September 15, 2011

Ms. Jamie Lewis Keith
University of Florida
123 Tigert Hall
P.O. Box 113125
Gainesville, FL 32611-3125

Invoice #    10053

Billing for:    to  9/14/2011

RE:  <u>Beta Upsilon Chi v. Machen</u>, 11th Cir. No. 11-12037

## Professional Services

| | |
|---|---|
| Total for professional services rendered | $10,000.00 |

Preparation and filing of Brief for Appellees

| | |
|---|---|
| Balance due | $10,000.00 |

### Billing Summary

| | |
|---|---|
| Total for services rendered | $10,000.00 |
| Total expenses | $0.00 |
| Total interest and finance charges | $0.00 |
| Total payments and other transactions | $0.00 |
| Total previous balance | $0.00 |
| **Balance Due** | **$10,000.00** |



May 7, 2012

Ms. Jamie Lewis Keith
University of Florida
123 Tigert Hall
P.O. Box 113125
Gainesville, FL 32611-3125

Dear Jamie:

This constitutes an invoice for legal services rendered in connection with the preparation and filing of oppositions to motions for attorney's fees and related filings in <u>Beta Upsilon Chi v. Machen</u> in the amount of **$20,000.00**.

Accordingly, please wire **$20,000.00** to the checking account of Bancroft Associates PLLC, at

Thank you very much.  Please call me at 202.234.0090 should you have any questions.

Very truly yours,

H. Christopher Bartolomucci

Enclosure

May 07, 2012

Ms. Jamie Lewis Keith
University of Florida
123 Tigert Hall
P.O. Box 113125
Gainesville, FL 32611-3125

Invoice #          10322

Billing for:    12/6/2011   to    3/6/2012

RE:    <u>Beta Upsilon Chi v. Machen</u>, 11th Cir. No. 11-12037 and N.D. Fla. No. 07-cv-135

| | |
|---|---|
| Previous balance | $10,000.00 |
| Total payments | ($10,000.00) |

Professional Services

Preparation and filing of oppositions to motions for attorney's fees and related filings

| | |
|---|---|
| Balance due | $20,000.00 |



June 3, 2013

Ms. Jamie Lewis Keith
University of Florida
123 Tigert Hall
P.O. Box 113125
Gainesville, FL  32611-3125

Dear Ms. Keith:

    This constitutes an invoice for legal services rendered in connection with the attorney's fees and related filings in <u>Beta Upsilon Chi v. Machen</u>, 11th Cir. Nos. 11-12037 and 12-14767, and N.D. Fla. No. 07-cv-135, from August 1, 2012, through January 31, 2013, in the amount of **$20,000.00**.

    Accordingly, please wire **$20,000.00** using the following instructions:

    Banking Institution:


    ABA/Routing Number:
    1st Party Credit:
    Further Credit/Final Credit Beneficiary:

    Alternatively, please send a check payable to "Bancroft Associates PLLC" to 1919 M St. NW, Suite 470, Washington, DC 20036.  The Employer Identification Number for Bancroft Associates PLLC

    Thank you very much. Please e-mail <u>cbartolomucci@bancroftpllc.com,</u> or call me at 202.234.0090, should you have any questions.

                   Very truly yours,

                   H. Christopher Bartolomucci

Enclosure

June 03, 2013

Ms. Jamie Lewis Keith
University of Florida
123 Tigert Hall
P.O. Box 113125
Gainesville, FL 32611-3125

Invoice #        10677

Billing for:      8/1/2012   to    1/31/2013

---

RE:   Beta Upsilon Chi v. Machen, 11th Cir. Nos. 11-12037 and 12-14767, and N.D. Fla. No.
      07-cv-135

Previous balance                                                        $20,000.00
Total payments                                                        ($20,000.00)

Professional Services

Briefing and court-ordered mediation in No. 12-14767 and negotiation of attorney's fees in No. 11-12037.

Balance due                                                             $20,000.00